

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00756-CR

**EX PARTE UGONNA NWOGU**

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 2536
Honorable Sarah Garrahan-Moulder, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's October 4, 2013 Order denying appellant's application for writ of habeas corpus is AFFIRMED.

SIGNED January 29, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice